1  SUSANA ALCALA WOOD, City Attorney (SBN 156366)
   **KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
2  KRogan@cityofsacramento.org
   CITY OF SACRAMENTO
3  915 I Street, Room 4010
   Sacramento, CA  95814-2608
4  Telephone:  (916) 808-5346
   Facsimile:   (916) 808-7455
5
6  Attorneys for the CITY OF SACRAMENTO
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  BYRON H. LEVY,                        Case No.:  2:18-cv-02387-TLN-DB

12              Plaintiff,                **STIPULATION AND ORDER TO
                                          EXTEND TIME TO TAKE
13        vs.                             PLAINTIFF'S DEPOSITION,
                                          DISCLOSE EXPERTS, and FILE
14  CITY OF SACRAMENTO,                   DISPOSITIVE MOTIONS**

15              Defendant.
16

17        Pursuant to Rule 16, a party may seek to modify a scheduling order, including
18  modification of a discovery cut-off date "for good cause and with the judge's consent." (Fed.
19  R. Civ. P. 16(b)(4).)  "good cause" exists when a scheduling deadline "cannot reasonably be
20  met despite the diligence of the party seeking the extension." (*Schaffner v. Crown Equipment*
21  *Corporation*, 2011 WL 6303408 at *2 (N.D. Cal. Dec. 16, 2011) (citing *Johnson v. Mammoth*
22  *Recreation, Inc.*, 975 F 2d. 604, 609 (9th Cir. 1992).
23        The City filed its answer in this case on October 14, 2018.  The case has been pending
24  only twenty months.  There is currently no trial date.
25        On February 25, 2020, this court approved the parties' stipulation seeking the
26  continuation of discovery cutoff, expert disclosure, and dispositive motion dates.  (Docket
27  number 10.)  The modified deadlines were necessary because conflicts with the parties'
28  schedules had prevented the completion of the depositions of plaintiff and the defendant.

1

The current deadlines are:

1) Plaintiff's deposition be completed not later than June 30, 2020;

2) Depositions of the City's Persons Most Knowledgeable, previously noticed on February 11, 2020, will be completed by July 15, 2020;

3) Expert disclosure will occur on August 17, 2020;

4) Dispositive motions will be filed by November 2, 2020.

On March 19, 2020, the Sacramento County Health Department issued an order requiring all non-essential workers to remain at home. That order was extended on April 7, May 1, May 26, and June 12, 2020. Consequently, both counsel have been working from home, as have some of those who would be designated as person's most knowledgeable. These circumstances have prevented the parties from completing the remaining depositions.

For the foregoing reasons, the parties stipulate and respectfully request the court's consideration of the following modifications to the Rule 16 Scheduling order:

1) Plaintiff's deposition be completed not later than January 30, 2021;

2) Depositions of the City's Persons Most Knowledgeable, previously noticed on February 11, 2020, will be completed by February 15, 2021;

3) Expert disclosure will occur on April 15, 2021;

4) Dispositive motions will be filed by July 2, 2021.

///

///

///

///

///

///

///

///

///

///

STIPULATION TO EXTEND TIME TO TAKE PLAINTIFF'S DEPOSITION, DISCLOSE EXPERTS, and FILE DISPOSITIVE MOTIONS

1    So Stipulated.

2

3    Dated:  June 17, 2020                    SUSANA ALCALA WOOD,
                                              City Attorney
4

5

6                                        By:___/s/ Kathleen T. Rogan_____
                                             **KATHLEEN T. ROGAN**
7                                            Senior Deputy City Attorney
                                             Attorneys for the
8                                            CITY OF SACRAMENTO

9

10   Dated:  June 17, 2020             LAW OFFICES OF AKUDINOBI & IKONTE

11

12                                       By:___/s/ Chijioke Ikonte_____
                                             CHIJIOKE IKONTE
13                                           Attorney for the Plaintiff
                                             BYRON LEVY

14                                **ORDER**

15        The court finds sufficient good cause to continue plaintiff's deposition, expert disclosure

16   and the dispositive motion dates.  The Rule 16 scheduling order is amended accordingly:

17   Plaintiff's deposition shall be completed not later than January 30, 2021, 2) Depositions of

18   the City's Persons Most Knowledgeable, previously noticed on February 11, 2020, will be

19   completed by February 15, 2021; 3) Expert disclosure shall occur on April 15, 2021; and 4)

20   Dispositive motions shall be filed not later than October 1, 2021.

21

22        **IT IS SO ORDERED.**

23

24   Dated:  June 18, 2020

25                                           _____
                                             Troy L. Nunley
26                                           United States District Judge

27

28

STIPULATION TO EXTEND TIME TO TAKE PLAINTIFF'S DEPOSITION, DISCLOSE EXPERTS, and
FILE DISPOSITIVE MOTIONS