SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**MEGAN E. NEVIN, Deputy City Attorney II (SBN 304122)**
MNevin@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON H. LEVY,<br><br>              Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO,<br><br>              Defendant. | Case No.:  2:18-cv-02387-TLN-DB<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF CITY OF SACRAMENTO'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL JUDGMENT**<br><br>Date:           November 18, 2021<br>Time:           2:00 p.m.<br>Courtroom:  2, 15th Floor<br> Hon.          Judge Troy L. Nunley |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 18, 2021, or as soon thereafter as the matter may be heard in Courtroom 2 of the above-entitled Court, located at 501 I Street Sacramento, California 95814, Defendant City of Sacramento ("City") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 56 for an order granting its Motion for Summary Judgment against Plaintiff Byron Levy, on all Causes of Action pled in his Complaint for Damages ("Complaint"), on the grounds that there are no triable issues of material fact and that the City is entitled to judgment as a matter of law, and for costs of suit incurred herein and such other relief as may be just. Fed. R. Civ. P. 56.

///

In the alternative, the City moves the Court for an order pursuant to Federal Rule of Civil Procedure 56, specifying that one or more claims in Mr. Levy's Complaint have no merit, such that partial summary judgment as to that cause of action is appropriate. Accordingly, the City requests summary adjudication of the following issues:

### FIRST CLAIM FOR DISCRIMINATION
### 42 U.S.C. section 2000, et seq.

**ISSUE NO. 1:** The City is entitled to judgment in its favor and against Mr. Levy on his First Cause of Action for Discrimination because Mr. Levy cannot create a genuine issue of material fact in opposition to the City's Motion, since Mr. Levy did not file Federal Rule of Civil Procedure 26 disclosures.

**ISSUE NO. 2:** The City is entitled to judgment in its favor and against Mr. Levy on his First Cause of Action for Discrimination because Mr. Levy cannot establish that he suffered from non-time-barred adverse actions.

**ISSUE NO. 3:** The City is entitled to judgment in its favor and against Mr. Levy on his First Cause of Action for Discrimination because the City has legitimate, non-discriminatory reasons for its conduct.

### SECOND CLAIM FOR DISCRIMINATION
### Gov. Code § 12940 et seq.

**ISSUE NO. 4:** The City is entitled to judgment in its favor and against Mr. Levy on his Second Cause of Action for Discrimination, because Mr. Levy cannot create a genuine issue of material fact in opposition to the City's Motion, since Mr. Levy did not file Federal Rule of Civil Procedure 26 disclosures.

**ISSUE NO. 5:** The City is entitled to judgment in its favor and against Mr. Levy on his Second Cause of Action for Discrimination because Mr. Levy cannot establish that he suffered from non-time-barred adverse actions.

**ISSUE NO. 6:** The City is entitled to judgment in its favor and against Mr. Levy on his Second Cause of Action for Discrimination because the City had legitimate, non-discriminatory reasons for its conduct.


## THIRD CLAIM FOR FAILURE TO PREVENT DISCRIMINATION AND RETALIATION

### Gov. Code § 12940 et seq.

**ISSUE NO. 7:** The City is entitled to judgment in its favor and against Mr. Levy on his Third Cause of Action for Failure to Prevent because Mr. Levy cannot create a genuine issue of material fact in opposition to the City's Motion, since Mr. Levy did not file Federal Rule of Civil Procedure 26 disclosures.

**ISSUE NO. 8:** The City is entitled to judgment in its favor and against Mr. Levy on his Third Cause of Action for Failure to Prevent because Mr. Levy's claims for discrimination and retaliation fail.

## FOURTH CLAIM FOR RETALIATION

### 42 U.S.C. section 2000, et seq.
### Gov. Code § 12940 et seq.

**ISSUE NO. 9:** The City is entitled to judgment in its favor and against Mr. Levy on his Fourth Cause of Action for Retaliation because Mr. Levy cannot create a genuine issue of material fact in opposition to the City's Motion, since Mr. Levy did not file Federal Rule of Civil Procedure 26 disclosures.

**ISSUE NO. 10:** The City is entitled to judgment in its favor and against Mr. Levy on his Fourth Cause of Action for Retaliation because Mr. Levy cannot establish causation between his Equal Employment Opportunity Commission Charges and complaints and his suspensions, denial of promotional opportunities, and transfers.

**ISSUE NO. 11:** The City is entitled to judgment in its favor and against Mr. Levy on his Fourth Cause of Action for Retaliation because the City had legitimate, non-discriminatory reasons for its conduct.

///

///

///

///

MOTION AND NOTICE OF MOTION IN SUPPORT OF CITY'S MOTION FOR SUMMARY JUDGMENT

1071641

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the City's supporting Separate Statement of Undisputed Material Facts, the supporting declarations, and exhibits marked and attached to the Index of Evidentiary Support, filed concurrently herewith, all of the pleadings and papers on file herein, and upon any further evidence or argument that may be properly presented at or before the time of the hearing on this Motion.

DATED: September 30, 2021

SUSANA ALCALA WOOD,
City Attorney

By: /s/ Megan E. Nevin
**MEGAN E. NEVIN**
Deputy City Attorney II

Attorneys for the
CITY OF SACRAMENTO